**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY ___ D.C.

05 SEP 22 AM II: 41

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | CLERK, U.S. DISTRICT COURT W/D OF TN MEMPHIS |
| **vs.** | ) | **Criminal No. 02-20165-DA** |
| **ALVIN IRWIN MOSS, ET AL** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER DISMISSING ALL COUNTS OF
## INDICTMENT AS TO DEFENDANT BEVERLY ANN MOSS

This cause came on to be heard this date upon oral motion of the United States, by and through the United States Attorney for the Western District of Tennessee, and his duly authorized Assistant, Dan L. Newsom, requesting the Court to dismiss all counts of the above-referenced Indictment as to Defendant Beverly Ann Moss; and

**IT SATISFACTORILY APPEARING TO THE COURT** that the said oral motion of the United States should be granted for good cause shown;

**IT IS THEREFORE ORDERED** that all Counts of Indictment No. 02-20165-DA, regarding Defendant Beverly Ann Moss, be and are hereby dismissed.

**ENTERED THIS** _22_ **DAY OF SEPTEMBER, 2005.**

**BERNICE BOUIE DONALD**
**United States District Judge**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _9-22-05_

644

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 644 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT